(No. 3025-)

ELVA JENNINGS PENWELL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 4, 1962.*

GOSNELL AND BENECKI, and JOHN W. PREIHS, Attorneys for Claimant.

WILLIAM G. CLARK, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for Respondent.

TOLSON, C. J.

On July 30, 1962, claimant filed her petition for reimbursement for monies expended for nursing care and help, medical services and expenses from October 31, 1961 to June 1, 1962.

Claimant was injured on February 2, 1936 in an accident arising out of and in the course of her employment as a Supervisor at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The injury was serious, causing temporary blindness and general paralysis. The facts are fully detailed in the case of *Penwell* vs. *State of Illinois,* 11 C.C.R. 365, in which an initial award was made, and at which time jurisdiction was retained to make successive awards in the future.

The present petition alleges that there has been no improvement in her physical condition, as she is bedridden, and requires constant care by physicians and nurses.

Attached to the complaint is a bill of particulars, supported by receipts, which discloses the following amounts expended by the petitioner to May 31, 1962:

1. Nursing and practical help ........................................$1,078.90
2. Board and room ........................................................ 367.50
3. Drugs and supplies .................................................. 427.56
4. Physicians and professional services ...................... 908.50

$2,782.46

From an examination of the petition and supporting exhibits, it appears that the expenditure of such sums of money was necessary for the care of claimant.

An award is, therefore, made to claimant in the amount of $2,782.46 for the period of October 31, 1961 to June 1, 1962.

The Court reserves jurisdiction for further determination of claimant's needs for additional care.